IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.  **1:26CR00080-SNLJ-ACL** |
| | ) | |
| TERRENCE W. LIPPS, | ) | |
| BRENT P. HUMPHRIES, | ) | 21 U.S.C. § 841 (a)(1) and (b)(1)(C) |
| | ) | 18 U.S.C. § 2 |
| Defendants. | ) | |

**INDICTMENT**

FILED

JUN 0 9 2026

*U.* S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

THE GRAND JURY CHARGES THAT:

On or about April 23, 2026, in Cape Girardeau County, within the Southeastern Division

of the Eastern District of Missouri,

**TERRENCE W. LIPPS,**
**BRENT P. HUMPHRIES,**

the defendants herein, aided and abetted by each other, did knowingly and intentionally possess

with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-

[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance, in

violation of Title 18, United States Code, Section 2, Title 21, United States Code, Section

841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.

_____

FOREPERSON

THOMAS C. ALBUS
UNITED STATES ATTORNEY


_____
CHRISTOPHER C. SHELTON, #71169MO
ASSISTANT UNITED STATES ATTORNEY